

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 04 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| APARNA VASHISHT-ROTA, an individual,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>HOWELL MANAGEMENT SERVICES, LLC, a Utah limited liability company; et al.,<br><br>        Defendants - Appellees. | No. 20-55302<br><br>D.C. No. 3:19-cv-00512-L-AGS<br>U.S. District Court for Southern California, San Diego<br><br>**MANDATE** |

The judgment of this Court, entered February 24, 2021, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: David J. Vignol
Deputy Clerk
Ninth Circuit Rule 27-7

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 24 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| APARNA VASHISHT-ROTA, an individual,<br><br>        Plaintiff-Appellant,<br><br> v.<br><br>HOWELL MANAGEMENT SERVICES, LLC, a Utah limited liability company; et al.,<br><br>        Defendants-Appellees. | No. 20-55302<br><br>D.C. No. 3:19-cv-00512-L-AGS<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the Southern District of California
M. James Lorenz, District Judge, Presiding

Submitted February 17, 2021[**]

Before:   FERNANDEZ, BYBEE, and BADE, Circuit Judges.

Aparna Vashisht-Rota appeals pro se the district court's judgment dismissing her diversity action alleging employment claims under California law. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a dismissal

---

      [*] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

      [**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

under Federal Rule of Civil Procedure 12(b)(6).  *Hebbe v. Pliler*, 627 F.3d 338, 341 (9th Cir. 2010).  We may affirm on any basis supported by the record. *Thompson v. Paul*, 547 F.3d 1055, 1058-59 (9th Cir. 2008).  We affirm.

Dismissal of Vashisht-Rota's claims in this action as compulsory counterclaims was proper because the claims arose from the same transaction or occurrence as the claims being litigated in a pending Utah state court case, No. 170100325, *Howell Mgmt. Servs. LLC v. August Educ. Grp., et al*.  *See* Utah R. Civ. P. 13(a); *Pochiro v. Prudential Ins. Co. of America*, 827 F.2d 1246, 1249 (9th Cir. 1987) ("The question whether the [Plaintiff's] claims are compulsory counterclaims which should have been pleaded in the earlier. . . state court action is a question of state law."); *Yanaki v. Iomed Inc.*, 116 P.3d 962, 963-65 (Utah Ct. App. 2005) (under Utah R. Civ. P. 13(a)(1), employee's discrimination claims were compulsory counterclaims that should have been filed in employer's earlier-filed action, even if administrative remedies were not yet exhausted; the employment relationship was the transaction or occurrence that was the subject matter of the employer's claims); *see also Beck v. Fort James Corp. (In re Crown Vantage, Inc.)*, 421 F.3d 963, 973 n.7 (9th Cir. 2005) ("Federal courts will not permit an action to be maintained where the claims asserted should have been brought as a compulsory counterclaim in an earlier action.").

We do not consider arguments or allegations raised for the first time on

appeal, or documents and facts not presented to the district court. *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009); *United States v. Elias*, 921 F.2d 870, 874 (9th Cir. 1990).

Appellees' motion to strike Vashisht-Rota's second supplemental brief (Docket Entry No. 49) is granted. The Clerk will strike Docket Entry No. 42. All other pending motions and requests are denied.

**AFFIRMED.**